[No. 10719–8–II. Division Two. September 13, 1988.]

VIOLET MARIE BOREN, *Appellant,* v. ALLSTATE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–2–01871–2, Robert L. Harris, J., entered

January 23, 1987. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.